UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CASEY COOPER**

INDICTMENT

NO. 3:18-CR-99-DTH
18 USC § 922(a)(1)(A)
18 USC § 923(a)
18 USC § 924(a)(1)(D)
18 USC § 924(d)
28 USC § 2461

The Grand Jury charges:

## COUNT 1
*(Dealing Firearms Without a License)*

In or about and between January 2016 and April 2017, in the Western District of Kentucky, Marion County, Kentucky, and elsewhere, the defendant, **CASEY COOPER**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

The Grand Jury further charges:

## COUNT 2
*(Manufacturing Firearms Without a License)*

In or about and between January 2016 and April 2017, in the Western District of Kentucky, Marion County, Kentucky, the defendant, **CASEY COOPER**, not being a licensed manufacturer

of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D), as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **CASEY COOPER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, any and all property involved in or used in the offense, including but not limited to the following:

a. Romarm/Cugir, Rifle, Model SAR-1, 762 caliber, Serial Number S1-51629-200;

b. Sig Sauer, Model P226 Elite, 9 millimeter, Serial Number 47A156914;

c. Holster with loaded magazine for Sig Sauer;

d. Double Star, Rifle, Model Star 15, 556 caliber, Serial Number DSS001056;

e. Anderson Manufacturing, Rifle, Model AM-10, 308 caliber, Serial Number 140930;

f. Anderson Manufacturing, Rifle, Model AM-15, Multi Caliber, Serial Number 15270339;

g. Molot, Rifle, Model VEPR, 762 caliber, Serial Number 15VTT0196;

h. SCCY, Model CPX-1, 9 millimeter, Serial Number 495290;

i. Glock, Model 23, 40 caliber Pistol, Serial Number NRD563;

j. Izhmash, Model Saiga, Rifle, 762 caliber, Serial Number 13418214;

k.     HUNT GROUP INTERNATIONAL Arms and Security Co., Shotgun, 12 gauge, Model FRX, Serial Number 15H10083;

l.     Spamer Wrench, Serial Number 4200518200714;

m.     Sig Sauer, Model P220, 45 caliber Pistol, Serial Number G513879; and

n.     Glock, Model 27, 40 caliber pistol, Serial Number WUM834.

A TRUE BILL.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

*[signature]*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:ASM:071818

3

UNITED STATES OF AMERICA v. CASEY COOPER
## PENALTIES

Counts 1 and 2: NM 5yrs./$250,000/both/NM 3yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Louisville

THE UNITED STATES OF AMERICA

vs.

## CASEY COOPER

## INDICTMENT

**Count 1**
**Dealing Firearms Without a License**
18 U.S.C. §§922(a)(1)(A) and 924(a)(1)(D)

**Count 2**
**Manufacturing Firearms Without a License**
18 U.S.C. §§922(a)(1)(A), 923(a),
and 924(a)(1)(D)

**Forfeiture**

*A true bill.*

*Foreperson*

*Filed in open court this _____ day of July, 2018.*

**FILED**
VANESSA L. ARMSTRONG, CLEr

JUL 24 2018      *Clerk*

*Bail, $*      U.S. DISTRICT COURT
WEST'N. DIST. KENTUCK'