

# Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-99-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 7/24/2018 2:21:05 PM
Transaction ID: 14313

[Request New Judge] [Return]