

**FILED**
VANESSA L. ARMSTRONG, CLERK

JUL 24 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA          PLAINTIFF

vs.          CRIMINAL ACTION NO.: 3:18-CR-99-DJH

CASEY COOPER          DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney A. Spencer McKines hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

A. Spencer McKines
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5911
FAX: (502) 582-5067