AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:18CR-99-DJH |
| CASEY COOPER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CASEY COOPER                                                                                          .

Date:     08/09/2018                                          s/ Patrick J. Bouldin
                                                                        *Attorney's signature*

                                                                        Patrick J. Bouldin
                                                                        *Printed name and bar number*

                                                                        629 S. Fourth Avenue
                                                                        200 Theatre Building
                                                                        Louisville, KY  40202

                                                                        *Address*


                                                                        *E-mail address*

                                                                        (502) 584-0525
                                                                        *Telephone number*

                                                                        (502) 584-2808
                                                                        *FAX number*