# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:18CR-99-DJH**

**CASEY COOPER**                                              **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on August 8, 2018 to conduct an initial appearance.

APPEARANCES

For the United States:   A. Spencer McKiness, Assistant United States Attorney

For the defendant:   Defendant, Casey Cooper - Present

Court Reporter:   Digital Recording

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender.

After discussion with the United States and by agreement of the United States Probation Office,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

**IT IS FURTHER ORDERED** that this case is scheduled for arraignment proceedings on **August 21, 2018 at 9:30 a.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

This 9th day of August, 2018

                              **ENTERED BY ORDER OF THE COURT:**
                              **COLIN H. LINDSAY**
                              **UNITED STATES MAGISTRATE JUDGE**
                              **VANESSA L. ARMSTRONG, CLERK**
                              **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

Copies: Counsel of Record
        U.S. Probation

0|15