UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                                 Plaintiff,

v.                                                           Criminal Action No. 3:18-cr-99-DJH

CASEY COOPER,                                                                             Defendant.

\* \* \* \* \*

**MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on September 24, 2018, with the following counsel participating:

    For the United States:    Spencer McKiness

    For Defendant:    Pat Bouldin

The Court and counsel discussed the procedural posture of the case. Counsel reported that discovery is voluminous and remains outstanding. The parties therefore jointly requested that the trial and related deadlines be continued. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the trial of this matter, currently set for October 22, 2018, is **REMANDED** from the Court's docket, to be reset by subsequent order. All pretrial deadlines are **VACATED**.

A further status conference will be set by subsequent order.

September 24, 2018

Court Time:   00/05
Court Reporter: Dena Legg

cc:   Jury Administrator

**David J. Hale, Judge**
**United States District Court**

1