UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-99-DJH

CASEY COOPER,     Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on December 10, 2018, with the following counsel participating:

    For the United States:     Spencer McKiness

    For Defendant:     Pat Bouldin

The Court and counsel discussed the procedural posture of the case. The parties jointly requested that the matter be set for an in-court status conference. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a status conference on **January 10, 2019, at 2:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. The parties shall advise the Court in advance if they wish to convert the conference to a change-of-plea hearing.

Court Time: 00/05
Court Reporter: Dena Legg