# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# (Filed Electronically)

**CRIMINAL ACTION NO. 3:18CR-99-DJH**
**UNITED STATES OF AMERICA,**                                                                                        **PLAINTIFF,**

**vs.**

**CASEY COOPER,**                                                                                                                **DEFENDANT.**

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes the defendant, by counsel, and moves the Court to continue the sentencing herein currently scheduled for April 29, 2019. As grounds for said motion, the undersigned and the United States submit that each filed objections to the original Pre-Sentence Report ("PSR") when it was first produced to the parties. The parties then received the Final PSR on April 19, 2019 (DN. 25). The Final PSR has guideline calculations that are different from the guideline calculations that are contained in the plea agreement. (DN. 21). Thus, both parties respectfully submit that additional time is necessary to consider addressing any outstanding guideline issues, and for the parties to file sentencing memorandums.

Of note is that Mr. Cooper has been out of custody without incident since his initial appearance on August 9, 2018. (DN. 8). Mr. Cooper is gainfully employed and is meeting all his familial responsibilities.

The undersigned is allowed to submit that the United States has no objection to this motion.

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

/s/ Patrick J. Bouldin
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

    I hereby certify that on April 23, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Spencer McKiness, Assistant United States Attorney.

    s/ Patrick J. Bouldin

Office of the Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808