UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:18CR-99-DJH**
**UNITED STATES OF AMERICA,**                                            **PLAINTIFF,**

**vs.**

**CASEY COOPER,**                                             **DEFENDANT.**

## ORDER

The defendant having moved the Court to continue the sentencing herein; the United States having no objection thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the sentencing in this action be, and the same hereby is, continued to _____, 2019, at the hour of _____.

Office of the
Federal
Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808