**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:18CR-99-DJH**
**UNITED STATES OF AMERICA,**                       **PLAINTIFF,**

**vs.**

**CASEY COOPER,**                                             **DEFENDANT.**

**DEFENDANT'S SENTENCING MEMORANDUM**

Comes the defendant, Casey Cooper, and files this sentencing memorandum. On July 24th, Mr. Cooper was indicted for: Count 1: Dealing Firearms Without a License, in violation of 18 U.S.C. Section 922(a)(1)(A); and Count 2: Manufacturing Firearms Without a License in violation of 18 U.S.C. Section 18 U.S.C. Section 922(a)(1)(A).  (DN 1). Sentencing is scheduled for May 13, 2019.  (DN 183).

**I.**
**Mr. Cooper's background.**

Mr. Cooper was born in Lebanon, Kentucky, on January 17, 1984. (PSR Para. 42). He is currently 35 years of age. Mr. Cooper grew up in this are of Kentucky. His father was a painter, and his mother worked in medical coding, and Mr. Cooper has four brothers. (PSR Para. 42).

Mr. Cooper attended Marion County High School, and graduated in 2002.  (PSR

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

Para. 51). He then attended St. Catherine College in Springfield, Kentucky from 2003 - 2005. (PSR Para. 50). Unfortunately, he did not complete his degree.

Mr. Cooper has always been gainfully employed and supported his family. From 2007 to 2011, he worked at Fox Painting in Lexington, Kentucky. (PSR Para. 56). From 2012 to 2014, he worked at Toyotomi in Springfield, Kentucky, as a quality assurance officer. (PSR Para. 55). Then from 2015 until 2019, he worked as a supervisor and maintenance technician for All Weather Insulation in Springfield. (PSR Para. 54). Unfortunately, because of his guilty plea in this case in January of 2019, Mr. Cooper lost his job shortly thereafter. (PSR Para. 53). Fortunately, Mr. Cooper was able to obtain gainful employment and L.B. Manufacturing in Springfield, Kentucky. He is a standing press operator at that auto parts manufacturing company.

Mr. Cooper married his wife in 2010. (PSR Para. 43). They report having an excellent relationship. They also have three children who are doing well. Their ages are 14, 16 and 17. (Id.). Because of the instant charges and Mr. Cooper having recently lost his job, Mr. Cooper and his family have had to move in with his parents.

Mr. Cooper also has almost no criminal history. Other than a 2005 disorderly conduct conviction for which Mr. Cooper paid a fine, Mr. Cooper has never been charged or convicted of any other crime other than traffic offenses. Similarly, Mr. Cooper has no substance abuse issues.

Finally, Mr. Cooper was charged in this case in July of 2018. (DN 1, Indictment). Because of his lack of a criminal record, his strong community ties, his long work history,

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

and his lack of a substance abuse problem, Mr. Cooper has been on pre-trial release ever since his first appearance in court. (DN 8, Order on Initial Appearance). To date, he has complied with all conditions of his release, has appeared in court when required, and has been a productive member of society. These factors in addition to his otherwise law abiding life outside of the charges of this indictment make him an excellent candidate for leniency at sentencing.[1]

## II.
## The Pre-Sentence Report

**A.    Statutory Sentencing Range**

The maximum term of imprisonment is 5 years. (PSR Para. 59).

**B.    PSR's Guideline Calculations**

The PSR lists the following Guideline calculations before the Court rules on any outstanding objections:

| | |
|---|---|
| Base Offense Level | 12 |
| 25 - 99 firearms | +6 |
| Acceptance of Responsibility | <u>-3</u> |
| Total Offense Level | 15 |
| Criminal History Category | I |

---

[1] Attached as Defendant's Exhibit 1 are letters of support on behalf of Mr. Cooper.

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

      Guideline Range                                                       18 - 24 months

**C.**    **Objections to the PSR**

The defense objects to the PSR's +6 enhancement for Mr. Cooper allegedly dealing in between 25 - 99 firearms. (PSR Para. 25). In the plea agreement, the parties agreed that Mr. Cooper would be held responsible for dealing in between 8 - 24 firearms. (DN 21, Pg. 5, Para. 11). Mr. Cooper made several firearms for himself and family members, so it is impossible to prove that he sold more than 24 firearms.

### III.

### 18 U.S.C. §3553(a) factors

The defense will also ask the Court to depart below the advisory guideline range, and below any sentence the United States recommends. The defense makes this motion under 18 U.S.C. §3553(a)(1) (the history and characteristics of the defendant). As noted above, Mr. Cooper is relatively young man that has lived a law-abiding and productive life until his actions in this case. He has learned from his mistakes, works hard, supports his family, and he has the tools to return to a law-abiding life and once again become a productive member of the community.

                                                /s/ Patrick J. Bouldin
                                                Assistant Federal Defender
                                                200 Theatre Building
                                                629 Fourth Avenue
                                                Louisville, Kentucky 40202
                                                (502) 584-0525

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

Counsel for Defendant.

## CERTIFICATE

I hereby certify that May 8, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Spencer McKiness, Assistant United States Attorney.

/s/ Patrick J. Bouldin

Office of the
**Federal Defender**
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808