UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION



**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 15 2019

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Criminal Action No. 3:18-cr-099-DJH

CASEY COOPER,

Defendant.

\* \* \* \* \*

## ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

May 15, 2019
Date

Defendant's Signature