# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**v.**                                            **CRIMINAL ACTION NO. 3:18CR-99-DJH**
*Electronically Filed*

**CASEY COOPER**                                       **DEFENDANT**

## NOTICE OF APPEARANCE

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby gives notice of her appearance in the above matter for the sole purpose of filing any necessary forfeiture documents.

                                         Respectfully submitted,

                                         RUSSELL M. COLEMAN
                                         UNITED STATES ATTORNEY


                                         *s/ Amy M. Sullivan*
                                         Amy M. Sullivan
                                         Assistant United States Attorney
                                         717 West Broadway
                                         Louisville, Kentucky 40202
                                         (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                         *s/ Amy M. Sullivan*
                                         Amy M. Sullivan
                                         Assistant United States Attorney