## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**V.**                                          **CASE ACTION NO.3:18CR-99-DJH**
*Electronically filed*

**CASEY COOPER**                                                          **DEFENDANT**

## NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the following firearms and ammunition were administratively forfeited by the Bureau of Alcohol Tobacco Firearms and Explosives on September 11, 2017 and is no longer applicable to the prosecution of the defendant:

a. Romarm/Cugir Sar-1 762 cal. Rifle, SN: S1-51629-200;
b. Sig-Sauer P226 9 cal, Elite Pistol, SN: 47A156914;
c. Double Star Corp. Star 15 556 cal Rifle, SN: DSS001056;
d. Anderson Manufacturing AM-10 308 cal Rifle, SN: 140930;
e. Anderson Manufacturing AM-15 multi cal Rifle, SN: 15270339;
f. Molot (Vyatskie Polyany Machine Building Plant) VEPR 762 cal. Rifle; SN: 1540083;
g. Glock GMBH 23 40 cal Pistol SN: NRD563;
h. Izhmash (IMEZ) Saiga 762 cal Rifle, SN: 13418214;
i. Hunt Group International Arms & Security Co. FRX 12 cal. Shotgun, SN:15VTT0196;
j. Sig-Sauer (Sig-Arms) P220 45 cal Pistol, SN: G513879; and
k. Glock GMBH 27 40 cal Pistol, SN: WUM834.

Respectfully submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

  s/ *Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097

CERTIFICATE OF SERVICE

    I hereby certify that on _____, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                              s/ *Amy M. Sullivan*
                                              Amy M. Sullivan
                                              Assistant United States Attorney